IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY MARTINEZ, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 06-5278 |
| | : | |
| v. | : | |
| | : | |
| OFFICER JOSEPH KOURY, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 18th day of January, 2011, upon conclusion of trial in the above-captioned matter on January 11, 2011, at which time the jury returned a unanimous verdict in favor of Defendant, it is hereby ORDERED and DECREED that final judgment is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II J.